UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFF LUKASAK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 2:20-cv-00124-NT |
| | ) |
| PREMIER SPORTS EVENTS, LLC | ) |
| and LEGACY GLOBAL SPORTS LP, | ) |
| | ) |
|     Defendants. | ) |

**ORDER TO SHOW CAUSE**

In 2020, the two remaining Defendants in this case filed suggestions of bankruptcy (ECF Nos. 31 & 33). The case has been stayed since July 7, 2020, pending the resolution of bankruptcy proceedings. *See* Order (ECF No. 36).

Plaintiff Jeff Lukasak is hereby ordered to show cause why this case should not be administratively closed at this time. Such an administrative closure order would not be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party would be permitted to re-initiate them in the same manner as if the closure order had not been entered. The Plaintiff must file his response to this show cause order by January 16, 2024.

SO ORDERED.

                                                                  /s/ Nancy Torresen
                                                                  United States District Judge

Dated this 5th day of January, 2024.